O

cc: order, docket, remand letter to
Riverside Superior Court, No. RIC 10003748

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DRAKE, an individual, and DARLENE DRAKE, an individual ) ) ) ) ) Plaintiffs, ) ) v. ) ) MIDLAND MORTGAGE CO., a business entity form unknown, QUALITY LOAN SERVICE CORP., a corporation, and DOES 1 to 100 ) ) ) ) ) ) ) ) Defendants. ) _____ ) | Case No. EDCV 10-00396 DDP (DTBx)  **ORDER GRANTING MOTION TO DISMISS AND REMANDING CASE TO STATE COURT**  [Motion filed on March 31, 2010] |

This matter comes before the Court on a motion to dismiss for failure to state a claim filed by the defendant Midland Mortgage Co. ("Midland").

This case arises from the defendants' non-judicial foreclosure against Plaintiffs home following Plaintiffs' default on their residential mortgage. Plaintiffs filed suit against the defendants on March 3, 2010, in Riverside Superior Court, raising causes of action under state and federal law. The defendants removed on March 15, 2010, based on federal question jurisdiction. On March

31, 2010, Midland filed this motion to dismiss, which was scheduled for a hearing on May 17, 2010.

Central District of California Local Rule 7-9 requires that the non-moving party file either an opposition or a statement of non-opposition to the motion by no later than twenty-one days before the date designated for the hearing of the motion. C.D. Cal. Local R. 7-9. Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. Local R. 7-12. Pursuant to the local rules, Plaintiffs' opposition to the motion was due no later than April 26, 2010. As of the date of this Order, Plaintiffs have not filed any response to the motion. The Court construes Plaintiffs' failure to oppose the motion as consent to granting the motion.

For the foregoing reasons, Midland's motion to dismiss is GRANTED and all claims against Midland are DISMISSED WITH PREJUDICE. The remaining claims in this case asserted against Quality Loan Services Corp. all arise under state law. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over those claims and therefore REMANDS this case to state court.

IT IS SO ORDERED.

Dated: May 21, 2010

DEAN D. PREGERSON
United States District Judge

2